AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

IRON WORKERS' MID-AMERICA PENSION
PLAN, et al.

| | |
|---|---|
| CASE NUMBER: | 18 C 7610 |
| ASSIGNED JUDGE: | ANDREA R. WOOD |

V.

FENCE CONNECTION, INC., an Illinois
corporation

DESIGNATED
MAGISTRATE JUDGE: MICHAEL T. MASON

TO: (Name and address of Defendant)

Fence Connection, Inc.
c/o Juan Escobar, Registered Agent
970 Villa Street
Elgin, IL 60120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 216-2573

an answer to the complaint which is herewith served upon you,      Twenty-one (21)      days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK

Patrzyja Janecek

(By) DEPUTY CLERK



November 16, 2018

DATE

**Affidavit of Lic. Private Detective**

# UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS

Case Number    **18C7610**

Iron Workers' Mid-America Pension Plan, et al.

v.

**Fence Connection, Inc.**

I,  **William Vincent**

deposes and says that he/she is either a licensed and/or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure, Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND COMPLAINT; NOTICE OF MANDATORY INITIAL DISCOVERY, CHECKLIST AND STANDING ORDER** |
| ON THE WITHIN NAMED DEFENDANT | **Fence Connection, Inc.** |
| PERSON SERVED | **Maria Escobar, Employee authorized to accept** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | **11/27/2018** |

That the sex, race, and approximate age of the person whom I left the document(s) as are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | HISPANIC | **Age** | 50's |
| **Height** | 5' 5" | **Build** | AVERAGE | **Hair** | BROWN |

LOCATION OF SERVICE    **970 Villa St**

**Elgin, Illinois  60120**

| | |
|---|---|
| Date Of Service | **11/27/2018** |
| Time | **11:11 AM** |

_William Vincent_                                **11/27/2018**

**Lic. Private Detective**              117-000192

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_William Vincent_                                **11/27/2018**

*8374A*

| | | | |
|---|---|---|---|
| Law Firm ID: | **BAUM, SIGMAN, AUERBACH & NEUMANN, LTD.** | Firm # | Case Return Date:  **12/07/2018** |