IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 7610 |
| FENCE CONNECTION, INC., an Illinois corporation, | ) ) ) | JUDGE ANDREA R. WOOD |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on February 19, 2019, request this Court enter judgment against Defendant, FENCE CONNECTION, INC., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of their Motion, Plaintiffs state:

1. On February 19, 2019, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records. The Court also entered an order that judgment would be entered after the completion of the audit [Dkt. 14].

2. Plaintiffs filed two separate motions for an order setting a hearing on a rule to show cause for the Defendant's failure to comply with the Court's order entered on February 19, 2019 directing a payroll audit [Dkt. 16, 22], which were resolved after Defendant produced sufficient records by January 23, 2020 [Dkt. 32].

3. The parties requested that the case be referred to the Magistrate Judge for a settlement conference, which was originally scheduled for January 22, 2021 [Dkt. 48].

4. After the parties exchanged settlement demands, they determined that a settlement conference would not be productive at that time, and it was rescheduled for March 5, 2021 [Dkt. 51].

5. Despite their best efforts, the parties were unable to make sufficient progress to proceed with a settlement conference.

6. On July 26, 2021, the Court entered an order allowing Defendant until August 4, 2021 to file its answer to the complaint, set discovery to close on November 15, 2021 and directed the parties to file a status report by September 15, 2021 [Dkt. 66].

7. On September 7, 2021, Plaintiffs served their first set of interrogatories and first requests for production of documents on Defendant.

8. On September 15, 2021, the parties filed a joint written status report [Dkt. 68].

9. On September 16, 2021, the Court granted Defendant until September 24, 2021 to file its responsive pleading due to its counsel's health issues. The discovery cut-off date remained November 15, 2021 [Dkt. 69].

10. As of the date of filing this motion, Defendant has not answered the complaint or responded to Plaintiffs discovery requests.

11. Since the parties have been unable to resolve this litigation, Plaintiffs now seek judgment against Defendant based on the audit report completed by Plaintiffs' auditors on or about January 28, 2020, for contributions to the Funds in the amount of $290,172.97, plus $144,778.73 for liquidated damages. (See Affidavit of Paul E. Flasch).

12. Plaintiffs' auditing firm of Legacy Professionals, LLC charged Plaintiffs $2,198.38 to perform the audit examination and complete the report, and the Funds are entitled to recover said fees under their Trust Agreements (Flasch Aff. Par. 7).

13. In addition, Plaintiffs' firm has expended $485.00 for costs and $11,009.00 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

14. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $448,644.08.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $448,644.08.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Fence Connection\#28297\motion for entry of judgment.pnr.df.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 21st day of October 2021, he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participant:

      Gregg M. Rzepczynski
      Gregg M. Rzepczynski & Associate, Ltd.
      175 West Jackson Blvd., Suite 240
      Chicago, IL 60604
      attygmr@gmail.com

      /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Fence Connection\#28297\motion for entry of judgment.pnr.df.wpd